No. 01–1524. ZAMOS *v.* COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, DIVISION ONE, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 01–1526. BROWN *v.* CITY OF WILMINGTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1529. HUTCHINS *v.* WILENTZ, GOLDMAN & SPITZER ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1531. MAYNES *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 01–1538. SISK *v.* VIRGINIA. Cir. Ct., City of Charlottesville, Va. Certiorari denied.

No. 01–1544. DAVIS *v.* CITY OF EUCLID. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 01–1556. OUIMETTE *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 01–1558. TYLER *v.* DOUGLAS ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1568. FULTON COUNTY, GEORGIA, ET AL. *v.* LAMBERT ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1579. SMITH *v.* WATERMAN STEAMSHIP CORP. C. A. 5th Cir. Certiorari denied.

No. 01–1611. MURPHY ET AL. *v.* CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1638. GLASSCOCK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7143. OSTERBACK *v.* INGRAM ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8115. McCOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.